# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>    LLOYD, CARR & CO., )<br>    A Partnership, )<br>and )<br>)<br>IN RE: )<br>    ALAN H. ABRAMS, )<br>    An Individual, )<br>        Bankrupt )<br>_____) | District Court    77-371-T<br><br>Bankruptcy Nos.   78-204-T<br>                          78-208-T<br>                          78-209-<br><br>**ORDER VACATING DISMISSAL** |

On the unopposed motion of the United States and for good cause shown,

**IT IS HEREBY ORDERED THAT** this Court's Order of January 15, 2015 is VACATED and this case is REOPENED.

**IT IS FURTHER ORDERED THAT** the Massachusetts Department of Revenue is DISMISSED from this action, and need no longer receive service of any additional filings, as it has no further claim to any funds remaining in this bankruptcy estate.

**IT IS FURTHER ORDERED THAT** Robert E. McLaughlin, Sr., of Gilman, McLaughlin & Hanrahan LLP, is dismissed from this action, and need no longer receive service of any additional filings, as he has discharged his responsibilities with respect to any and all funds in the custody and control of Gilman, McLaughlin & Hanrahan, LLP which were the property of the bankruptcy estate.

**IT IS FURTHER ORDERED THAT**, by March 9, 2015, the remaining parties to this action, the United States and Sandra C. Steele, bankruptcy trustee, shall file with the Court a Motion to distribute the remaining funds or a Status Report explaining why they are unable to file such a Motion.

Dated this 23d day of January, 2015.

_/s/ Richard G. Stearns_
Honorable Richard G. Stearns
District Judge

12320205.1